IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| CIT SMALL BUSINESS LENDING CORPORATION, | ) ) ) | |
| Plaintiff, | ) ) | CASE NO. 3:12-0309 |
| | ) | JUDGE HAYNES |
| v. | ) ) | |
| TIKI DREAMS, LLC, et al., | ) ) | |
| Defendants | ) | |

ORDER

The initial case management conference is reset in this action for **Friday, May 25, 2012 at 2:00 p.m., in Nashville.**

It is so **ORDERED**.

ENTERED this the ___ day of April, 2012.

WILLIAM J. HAYNES, JR.
United States District Judge