UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

CIT SMALL BUSINESS LENDING       )
CORP.,                           )
                                 )
     Plaintiff,                  )
                                 )
          v.                     )    NO.  3:12-0309
                                 )
TIKI DREAMS, LLC,                )    Judge Haynes/Bryant
                                 )
     Defendant.                  )

## O R D E R

        This case has been referred to the undersigned Magistrate

Judge for management of the case (Docket Entry No. 7).  The initial

case management conference is **reset** to **May 22, 2012, at 11:00 a.m.**,

in  Courtroom  776,  U.S.  Courthouse,  801  Broadway,  Nashville,

Tennessee.  The parties shall file a proposed case management order

three (3) business days prior to May 22, 2012.

        It is so **ORDERED**.

                                   s/ John S. Bryant
                                   JOHN S. BRYANT
                                   United States Magistrate Judge