IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE, TENNESSEE

| | |
|---|---|
| CIT SMALL BUSINESS LENDING CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>TIKI DREAMS, LLC d/b/a Auntie Anne's Pretzels, a Tennessee limited liability company, CUATRO ENTERPRISE, LLC, a Kentucky limited liability company, KIMBERLY B. PAYNE, a Tennessee individual, and TILLMAN W. PAYNE, III, a Tennessee individual,<br><br>Defendants. | Case No. 3:12-cv-00309<br><br>Judge Haynes<br><br>Magistrate Judge Bryant |

## ~~PROPOSED~~ ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE

The Court finds that Plaintiff's Motion to Continue the Initial Case Management Conference scheduled for May 22, 2012 at 11:00 a.m. for six weeks is well-taken, and, therefore, the Initial Case Management Conference is rescheduled to _____ at ____ a.m./p.m.

**IT IS SO ORDERED.**

_____
JUDGE

**APPROVED FOR ENTRY:**

/s/ Klint W. Alexander
Klint W. Alexander, BPR #20420
**WYATT, TARRANT & COMBS, LLP**
2525 West End Avenue, Suite 1500
Nashville, Tennessee 37203
Telephone: 615.244.0020
Facsimile: 615.256.1726
kalexander@wyattfirm.com
*CIT SMALL BUSINESS LENDING CORPORATION*