UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

|  |  |  |
|---|---|---|
| CIT SMALL BUSINESS LENDING CORP., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | NO. 3:12-0309 |
| TIKI DREAMS, LLC, | ) ) | Judge Haynes/Bryant |
| Defendant. | ) | |

**O R D E R**

Plaintiff has filed its second motion to continue the initial case management conference (Docket Entry No. 16). As grounds, plaintiff states that the parties are actively engaged in settlement negotiations that may result in the resolution of this matter and they seek another six week continuance of the initial case management conference in order to allow time for negotiations to occur.

This motion is substantially identical to an earlier motion granted by the Court, which resulted in the postponement of the initial case management conference from May 25, 2012, to July 10, 2012 (Docket Entry No. 14). While the Court generally favors compromise settlements and conservation of judicial resources, these two motions filed by plaintiff have failed to disclose why settlement negotiations among these parties should require three additional months. The Court therefore will GRANT plaintiff's motion but not for the full amount of time requested. Plaintiff is further instructed that no further extensions of the initial case management conference shall be granted.

Plaintiff's motion to continue the initial case

management conference (Docket Entry No. 16) is GRANTED, and the initial case management conference in this case is RESCHEDULED to Wednesday, August 8, 2012, at 9:30 a.m.

It is so **ORDERED**.

s/ John S. Bryant
JOHN S. BRYANT
United States Magistrate Judge
