IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE, TENNESSEE

| | |
|---|---|
| CIT SMALL BUSINESS LENDING CORPORATION, a Delaware corporation, ) ) ) ) | |
| Plaintiff, ) ) ) | |
| vs. ) | Case No. 3:12-cv-00309 |
| TIKI DREAMS, LLC d/b/a Auntie Anne's Pretzels, a Tennessee limited liability company, CUATRO ENTERPRISE, LLC, a Kentucky limited liability company, KIMBERLY B. PAYNE, a Tennessee individual, and TILLMAN W. PAYNE, III, a Tennessee individual, ) ) ) ) ) ) ) ) ) | Judge Haynes<br><br>Magistrate Judge Bryant |
| Defendants. ) ) | |

**PROPOSED ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE**

The Court finds that Plaintiff's Motion to Continue the Initial Case Management Conference scheduled for August 8, 2012 at 9:30 a.m. for four weeks is well-taken, and, therefore, the Initial Case Management Conference is rescheduled to September 10, 2012 at 2:00 a.m./p.m.

IT IS SO ORDERED.

_____
JUDGE

**APPROVED FOR ENTRY:**

/s/ Klint W. Alexander
Klint W. Alexander, BPR #20420
**WYATT, TARRANT & COMBS, LLP**
2525 West End Avenue, Suite 1500
Nashville, Tennessee 37203
Telephone: 615.244.0020
Facsimile: 615.256.1726
kalexander@wyattfirm.com
*CIT SMALL BUSINESS LENDING CORPORATION*