IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

CIT SMALL BUSINESS LENDING      )
CORPORATION,                    )
                                )
        Plaintiff,              )          CASE NO.  3:12-0309
                                )          Chief Judge Haynes
v.                              )
                                )
TIKI DREAMS, LLC, et al.,       )
                                )
        Defendants.             )

ORDER

The Court has been advised by counsel that all remaining matters and things in

controversy in this action have been compromised and settled.

This action is **DISMISSED** without prejudice to the right, upon good cause shown within

thirty (30) days, to reopen this action if the settlement is not consummated.

It is so **ORDERED**.

ENTERED this the _12ᵗʰ_ day of October, 2012.

WILLIAM J. HAYNES, JR.
Chief United States District Judge