IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| CIT SMALL BUSINESS LENDING CORPORATION, | ) ) ) | |
| Plaintiff, | ) ) | CASE NO. 3:12-0309 |
| v. | ) ) ) | Chief Judge Haynes |
| TIKI DREAMS, LLC, et al., | ) ) | |
| Defendants. | ) ) | |

## ORDER

The Court has been advised by counsel that all remaining matters and things in controversy in this action have been compromised and settled.

This action is **DISMISSED** without prejudice to the right, upon good cause shown within thirty (30) days, to reopen this action if the settlement is not consummated.

It is so **ORDERED**.

ENTERED this the 12th day of October, 2012.

WILLIAM J. HAYNES, JR.
Chief United States District Judge